1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No.    **C-06-7597-MMC** |
| **Plaintiff,** | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| **v.** | ) | |
| **PASCUAL HUIZAR** | ) | |
| **Defendant.** | ) | |

17      Good cause having been shown by the plaintiff upon its amended petition filed in the

18  above-entitled proceeding on December 18, 2006, it is hereby:

19      **ORDERED** that defendant Pascual Huizar appear before this Court on February 9, 2007

20  at 9:00 a.m., in Courtroom No. 7, 19th Floor, United States District Court, 450 Golden Gate

21  Avenue, San Francisco, California, and then and there show cause, if any, why the plaintiff

22  should not be allowed to serve a levy on the defendant's residence at 550 South Van Ness

23  Avenue #209, San Francisco, CA 94110, to collect employment taxes owed by him.

24      **ORDERED** that a copy of this Order to Show Cause, together with a copy of the

25  aforesaid petition, the ex parte petition and declaration filed December 12, 2006, and the Court's

26  December 14, 2006 order denying said ex parte petition, be served upon said defendant  in

27  accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days

28  before the return date of this Order above specified; and it is further

1    **ORDERED** that within twenty-one (21) days before the return date of this Order,

2  defendant may file and serve a written response to the petition, supported by appropriate

3  affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion

4  defendant desires to make; that the plaintiff may file and serve a written reply to such response,

5  if any, within fourteen (14) days before the return date of this Order; that all motions and issues

6  raised by the pleadings will be considered on the return date of this Order, and only those issues

7  raised by motion or brought into controversy by the responsive pleadings and supported by

8  affidavit(s) or declaration(s) will be considered on the return date of this Order, and any

9  uncontested allegation in the petition will be considered admitted.

10    **IT IS SO ORDERED.**

11  Dated: December 19, 2006

12  MAXINE M. CHESNEY
    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORD. TO SHOW CAUSE RE ENF.**
**OF IRS SUMMONS**                    **2**