IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PASCUAL HUIZAR,<br><br>　　　　Defendant.<br>_____/ | No. C-06-7597 MMC<br><br>**ORDER GRANTING UNOPPOSED PETITION FOR APPROVAL TO LEVY; VACATING HEARING**<br><br>(Docket No. 5) |

　　　　Before the Court is plaintiff's Amended Petition for Leave to Serve Levy on "the principal residence of Pascual Huizar . . . located at 550 South Van Ness Avenue, #209[,] San Francisco, California 94110." (See Amended Petition ¶ 4.) On December 19, 2006, the Court issued an order to show cause why the petition should not be granted, and set a hearing on the matter for February 9, 2007. The Court further granted defendant leave to file a response to the order to show cause no later than twenty-one days before the hearing date, and ordered that any uncontested allegation in the petition would be considered admitted. To date, defendant has not filed a response to the petition. Having reviewed the papers submitted in support of the petition, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the February 9, 2007 hearing.

　　　　As plaintiff has demonstrated that it has satisfied the statutory requirements for levying upon plaintiff's residence, see 26 U.S.C. § 6331, and no opposition to the petition

has been filed, the petition is hereby GRANTED.  The Internal Revenue Service, through an authorized officer or agent, may serve a levy on the principal residence of Pascual Huizar, located at 550 South Van Ness Avenue #209, San Francisco, CA 94110.

**IT IS SO ORDERED.**

Dated: February 5, 2007

MAXINE M. CHESNEY
United States District Judge